UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STAN W. MOREHEAD | ) | CH. 7 CASE NO. 20-10973 |
| JUDY K. MOREHEAD, | ) | |
| | ) | |
| DEBTORS. | ) | |

| | | |
|---|---|---|
| JUDY K. MOREHEAD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | ADV. PROC. NO. 23-01046 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| (U.S. DEPARTMENT OF EDUCATION), | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF PROPROUNDING OF DISCOVERY

COMES NOW the Plaintiff, Judy K. Morehead, by and through her undersigned attorney of record and gives formal notice that she has propounded discovery upon the named Defendant, United States of America (U.S. Department of Education), in the form of Interrogatories (1st Set).

RESPECTFULLY SUBMITTED, this 28th day of October, 2024.

                                                       THE ESPY FIRM

                                                      \s\ C.H. Espy, Jr.
                                                      C.H. Espy, Jr. (ASB-3696-S78C)
                                                      Attorney for Plaintiff
                                                      P.O. Drawer 6504
                                                      Dothan, Alabama 36302-6504
                                                      Tel.: (334) 793-6288
                                                      Fax: (334) 712-1617
                                                      Email: kc@espyfirm.com

## CERTIFICATE OF SERVICE

I, C.H. Espy, Jr., hereby certify on this date a true and correct copy of the instant Notice of Propounding of Discovery was served as follows:

**By CM/ECF:**
Ms. Audrey Willis, Assistant U.S. Attorney for U.S. Department of Education, Audrey.Willis@usdoj.gov

Ms. Danielle Greco, Bankruptcy Administrator, danielle_greco@almb.uscourts.gov

**By First Class Mail, postage prepaid:**


**Other:**

Dated: October 28, 2024.

\s\ C.H. Espy, Jr.
C.H. Espy, Jr. (ASB-3696-S78C)
Attorney for Plaintiff
P.O. Drawer 6504
Dothan, Alabama 36302-6504
Tel.: (334) 793-6288
Fax: (334) 712-1617
Email: kc@espyfirm.com